IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )         2:13cr78-MHT
                            )             (WO)
RODRIQUEZ THOMAS            )
```

## ORDER

Based on the representations made on the record on November 3, 2015, it is ORDERED as follows:

(1) On or before November 23, 2015, the parties are to submit to the court, either jointly or separately, a proposed plan for revising defendant Rodriquez Thomas's probation to address the concerns raised by the court.

(2) Another status conference is set for December 1, 2015, at 8:30 a.m., at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 12th day of November, 2015.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**