IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )       CRIMINAL ACTION NO.
    v.                      )          2:13cr78-MHT
                            )              (WO)
RODRIQUEZ THOMAS            )
```

### ORDER

Based on the representations made in open court on December 1, 2015, it is ORDERED (1) that the amended probation plan (doc. no. 48) is approved and (2) that a follow-up status conference on the noncompliance report (doc. no. 36) and the noncompliance status update (doc. no. 37) is set for April 1, 2016, at 8:30 a.m., at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 1st day of December, 2015.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**